MICHAEL C. HOPKINS (proceeding pro se)
5131 Sisson Drive
Huntington Beach, CA 92646
michael.hopkins@currentrf.com

*Plaintiff and Counterdefendant*
*MICHAEL C. HOPKINS*

MICHAEL A. JACOBS (BAR NO. 111664)
mjacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARTIN M. NOONEN (BAR NO. 169061)
mnoonen@mofo.com
NICOLE M. SMITH (BAR NO. 189598)
nsmith@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendant and Counterclaimant*
*ANALOG DEVICES, INC.*

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
JUL 20 2007
BY        053

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL C. HOPKINS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ANALOG DEVICES, INC., a Massachusetts corporation, <br><br> Defendant. | Case No. CV06-6955 MMM(SHx) <br><br> **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** <br><br> [Fed. R. Civ. P. 41(a)(1)(ii)] <br><br> Hon. Margaret M. Morrow |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff MICHAEL C. HOPKINS ("Hopkins") and Defendant ANALOG DEVICES, INC. ("ADI") (collectively, "the Parties") hereby stipulate and agree to dismiss the above-captioned action on the following terms and conditions:

1. ADI shall pay Hopkins a one-time lump-sum amount of $6,500.00 (Six Thousand Five Hundred Dollars). In consideration therefor, Hopkins hereby stipulates to dismissal of the present lawsuit WITH PREJUDICE.

2. Hopkins further grants a worldwide, irrevocable, non-terminable covenant not to sue for infringement of U.S. Patent No. 6,930,627 ("the '627 Patent") or any "Related Patents."[1] This covenant not to sue extends to the accused product in this lawsuit (the AD9956 product) and to any other ADI product that has been offered for sale or shipped as of July 17, 2007 (the date of mutual execution by the Parties of this Stipulation).

3. In addition to the foregoing, Hopkins hereby represents and warrants that there are no Related Patents in existence, and that U.S. Patent Application No. 11/139,962 is not pending in the U.S. Patent and Trademark Office.

4. ADI agrees not to initiate a lawsuit against Hopkins in the future with respect to the '627 Patent, while reserving all rights to assert defenses and counterclaims in any future legal action filed by Hopkins against ADI. ADI hereby dismisses its counterclaims in this action WITHOUT PREJUDICE.

---

[1] As used herein, the term "Related Patents" means all patents or patent applications related to U.S. Patent No. 6,930,627 and/or U.S. Patent Application No. 10/785,609 ("the '609 Application"), including all continuation, continuation-in-part, divisional, reissue, reexamination and substitution patents and patent applications relating to the '627 Patent and/or the '609 Application, all foreign counterparts, equivalents and extensions of any of the foregoing, and all patents that issue on any of the foregoing referenced patent applications. The term "Related Patents" is defined to include any U.S. or foreign patent or application that claims priority to the '609 Application.

5.    Hopkins agrees that if and only if Hopkins has a good faith basis for believing that future ADI products infringe the '627 Patent, Hopkins is free to file a legal action alleging infringement by ADI. In any such future legal action, Hopkins agrees that he is precluded from alleging that the AD9956 product or any presently shipping ADI product infringes the '627 Patent or any Related Patent. Hopkins agrees that any future legal action that he may file against ADI for patent infringement must be accompanied by claim charts that map each asserted claim to each accused product on a limitation by limitation basis.

6.    Hopkins agrees to submit any future legal action against ADI involving or related to the '627 Patent or any Related Patent to binding arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and the Parties agree that judgment on any award may be entered by a court of competent jurisdiction.

7.    Hopkins and ADI agree to each bear their own respective costs and attorneys' fees. Hopkins acknowledges that he has had an opportunity to consult with an attorney before executing this Stipulation.

8.    The Parties agree that this Court shall retain jurisdiction over this action for purposes of enforcing this Stipulation.

Dated: July 17, 2007

MICHAEL C. HOPKINS
(proceeding pro se)

By: _____
Michael C. Hopkins

Plaintiff and Counterdefendant
MICHAEL C. HOPKINS

| | |
|---|---|
| Dated: July 17, 2007 | MICHAEL A. JACOBS<br>MARTIN M. NOONEN<br>NICOLE M. SMITH<br>MORRISON & FOERSTER LLP<br><br>By: *Martin M Noonen*<br>　　　Martin M. Noonen<br><br>Attorneys for Defendant and Counterclaimant<br>ANALOG DEVICES, INC. |

Pursuant to the terms and conditions set forth above, this action is hereby dismissed with the Court retaining jurisdiction to the extent necessary to enforce this Stipulation.

**IT IS SO ORDERED.**

Dated: JUL 1 9 2007

*Margaret M. Morrow*
HON. MARGARET M. MORROW
United States District Judge

3

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

on Plaintiff Michael C. Hopkins (proceeding pro se) by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024, in accordance with Morrison & Foerster's ordinary business practices:

Mr. Michael C. Hopkins
5131 Sisson Drive
Huntington Beach, CA 92646

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, on July 18, 2007.

Judy B. Wilson
(typed)                                (signature)

la-896804